WILLIAM A. GORSON, DEFENDANT IN ERROR, v. ATLANTIC CITY RAILROAD COMPANY, PLAINTIFF IN ERROR.

Argued November 24, 1909—Decided February 28, 1910.

On error to the Supreme Court, whose opinion is reported in 48 *Vroom* 264.

For the plaintiff in error, *Thompson & Cole.*

For the defendant in error, *Eli H. Chandler.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Garrison in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, REED, TRENCHARD, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON, JJ.    13.

*For reversal*—None.